UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC.**,<br><br>    *Plaintiffs,*<br><br>    -vs.-<br><br>**UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3**,<br><br>    *Defendants.* | Case No.: 3:23-cv-01425<br><br>Judge:<br>Magistrate Judge: |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [Local Rule 5.6], Plaintiff React19, Inc. declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: October 10, 2023

/s/ *Charlotte Y. Bergeron*
Charlotte Y. Bergeron, Esq.
Louisiana Bar Number: 24293
1040 Audubon Street
Lake Charles, LA 70605
Tel: (225) 229-7135
cbergeronlaw@gmail.com

Respectfully submitted,

/s/ *Aaron Siri*
Aaron Siri, Esq.*
New York Bar Number:
4321790 Elizabeth A. Brehm,
Esq.* New York Bar Number:
4660353 Kevin Mitchell, Esq.*
Michigan Bar Number: P84639
Catherine Cline, Esq.*
Florida Bar Number: 125955

SIRI & GLIMSTAD LLP
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
kmitchell@sirillp.com
ccline@sirillp.com

/s/ Walker D. Moller
Walker D. Moller, Esq.*
Texas Bar Number: 24092851
SIRI & GLIMSTAD LLP
1005 Congress Avenue
Suite 925-C36
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com

*Attorneys for Plaintiffs*
\**Pro vac vice* application to be submitted.

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2023 I presented the foregoing Corporate Disclosure Statement to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties or counsels of record, and I hereby certify that I have mailed by United States Postal Service this filing to the following currently non-CM/ECF participants:

United States Department of
Health and Human Services
General Counsel
200 Independence, S.W.
Washington, DC 20201
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Health Resources
and Services Administration
General Counsel
200 Independence, S.W.
Washington, DC 20201
United States Attorney General
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, LA 71101

                        */s/ Charlotte Y. Bergeron*
                        Charlotte Y. Bergeron, Esq.