UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC., <br><br> *Plaintiffs,* <br><br> -vs.- <br><br> **UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3**, <br><br> *Defendants.* | Case No. 3:23-cv-01425 <br><br> Judge Elizabeth E. Foote <br><br> Magistrate Kayla D. McClusky |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Alicia Smith, Carolina Bourque, Emma Burkey, Christopher Cody Flint, Michelle Zimmerman, PhD, Erin Rhodes, Jessica Krogmeier, Lorin Jeppsen, and React19, Inc. (together "**Plaintiffs**"), by their undersigned counsel, hereby move this Court for a preliminary injunction against Defendants United States of America, United States Health Resources and Services Administration, United States Department of Health and Human Services, and John Does 1-3 (together "**Defendants**"). In support of this Motion, Plaintiffs rely upon the accompanying Memorandum of Law, which is attached hereto and incorporated by reference herein.

As set forth more fully in the attached Memorandum, Plaintiffs are clearly entitled to relief because the Countermeasures Injury Compensation Program ("**CICP**"), as administered in whole or in part by the Defendants, violates Plaintiffs' and others' rights under the Fifth and Seventh

1

Amendments to the United States Constitution because CICP: (i) fails to provide, among other things, the minimum procedural due process rights of notice and opportunity to be heard at a meaningful time and in a meaningful manner; (ii) provides no meaningful compensation for injuries; and (iii) violates their rights to a jury trial. Plaintiffs respectfully request that this Court preliminarily enjoin Defendants from enforcing those provisions of the Public Readiness and Emergency Preparedness Act of 2005 ("**PREP Act**"), Pub. L. No. 109-148, 42 U.S.C. §§ 247d-6d, 247d-6e (2005), which create the scheme providing liability protection and a compensation process for COVID-19 vaccines, including, but not limited to, 42 U.S.C. §§ 247d-6d and 247d-6e, until the federal government: (i) permits all COVID-19 vaccine injury claims to be adjudicated in Vaccine Court regardless of date of injury or prior filing in CICP; and/or (ii) reforms CICP to come into compliance with Constitutional requirements, including *inter alia* the minimal due process protections listed in Plaintiffs' Complaint and Memorandum.

WHEREFORE, Plaintiffs respectfully request that (1) the Court set this matter for a hearing, and (2) thereafter enter declaratory and injunctive relief prohibiting Defendants from enforcing those provisions of the PREP Act, which create the scheme providing liability protection and a compensation process for COVID-19 vaccines, including, but not limited to, 42 U.S.C. §§ 247d-6d and 247d-6e, until such time as Defendants: (i) permit all COVID-19 vaccine injury claims to be adjudicated in Vaccine Court regardless of date of injury or prior filing in CICP; and/or (ii) provide constitutional protections as set forth more fully in Plaintiffs' Complaint and Memorandum of Law.

Dated: October 31, 2023

Respectfully submitted,

/s/ *Charlotte Y. Bergeron*
Charlotte Y. Bergeron, Esq.
Louisiana Bar Number: 24293
1040 Audubon Street
Lake Charles, LA 70605
Tel: (225) 229-7135
cbergeronlaw@gmail.com

/s/ *Aaron Siri*
Aaron Siri, Esq.* [Trial Attorney]
New York Bar Number: 4321790
Elizabeth A. Brehm, Esq.* New York Bar Number: 4660353
Kevin Mitchell, Esq.* Michigan Bar Number: P84639 Catherine Cline, Esq.*
Florida Bar Number: 125955
SIRI & GLIMSTAD LLP
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
kmitchell@sirillp.com
ccline@sirillp.com

/s/ *Walker D. Moller*
Walker D. Moller, Esq.*
Texas Bar Number: 24092851
SIRI & GLIMSTAD LLP
1005 Congress Avenue
Suite 925-C36
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023 I presented the foregoing *Plaintiffs' Motion for Preliminary Injunction* to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties or counsels of record, and I hereby certify that I have mailed by United States Postal Service this filing to the following currently non-CM/ECF participants:

United States Department of
Health and Human Services
General Counsel
200 Independence, S.W.
Washington, DC 20201

United States Health Resources
and Services Administration
General Counsel
200 Independence, S.W.
Washington, DC 20201

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
United States Attorney General
U.S. Department of Justice 950
Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney
Western District of Louisiana
800 Lafayette St., Ste: 2200
Lafayette, LA 70501−6832

*/s/ Charlotte Y. Bergeron*
Charlotte Y. Bergeron, Esq.