# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC., <br><br> *Plaintiffs,* <br><br> -vs.- <br><br> UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3, <br><br> *Defendants.* | Case No. 3:23-cv-01425 <br><br> Judge Elizabeth E. Foote <br><br> Magistrate Kayla D. McClusky |

## DECLARATION OF BRIANNE DRESSEN

I, Brianne Dressen, declare and state as follows:

1. I am over the age of 18 and submit this declaration based on my personal knowledge. If called to testify, I can and will competently testify to the matters listed below.

2. I serve as Co-Chair of React19, Inc. (**React19**), which is a named Plaintiff in the above-captioned lawsuit. React19 is a non-profit organization organized under the laws of Wisconsin.

3. React19 is currently comprised of more than 36,000 members who reside in the United States.

4. React19's membership includes members who reside in all 50 States in the United States of America, along with members residing outside of the United States.

5. React19 completed a survey of its members in February and March 2023. Of those members who responded, 32% filed a CICP claim, 27% did not file CICP claims, and 41% did not know what the program is. A true and accurate copy of React19's summary chart compiling the data is attached to this Declaration.

6. To my knowledge, to date, no member of React19 has received any compensation through CICP for their injuries, despite the fact that many have filed CICP claims.

7. Many members of React19 attempted to speak out about their COVID-19 vaccine injuries on social media to raise awareness about CICP, but upon information and belief, the federal government was largely responsible for the policies that led to their censorship.

8. I personally know many members of React19 who have manifested new symptoms beyond a year from the time they received their COVID-19 vaccine and, consequently, are beyond the statute of limitations to file in CICP.

9. I personally know many members of React19 who were subject to employer-implemented COVID-19 vaccine mandates either because their company employed more than 100 people and was thus subject to the OSHA mandate, they were federal employees, or because their private company implemented its own vaccine mandate.

10. I am also aware of a number of members of React19 who have taken their own lives after being unable to obtain appropriate treatment for their debilitating and painful reactions, including neurological damage which resulted in their bodies feeling like they were on fire at all times. Copies of a number of their final letters to our group prior to taking their own lives can be provided to the court upon request.

## VERIFICATION

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: October 30, 2023

React Org
_____
Brianne Dressen

Signature: _React Org (Oct 30, 2023 09:58 MDT)_

Email: brianne.dressen@react19.org



# Vaccine Injury Compensation

## Have you filed for the CICP program?



- YES 32%
- NO 27%
- Don't know what this program is. 41%

*COVID-19 vaccine injured surveyed Feb-Mar 2023.

## CICP Application Rejection Rate



- Accepted
- Rejected 97.5%

*Current CICP applications processed as of September 2023

www.react19.o