UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC.**,<br><br>*Plaintiffs,*<br><br>-vs.-<br><br>**UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3**,<br><br>*Defendants.* | Case No. 3:23-cv-01425<br><br>Judge Elizabeth E. Foote<br><br>Magistrate Kayla D. McClusky |

**JOINT NOTICE REGARDING PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND SECOND AMENDED COMPLAINT**

Plaintiffs and Defendants, by counsel, having conferred in an effort to further the efficient resolution of this case, *see* Fed. R. Civ. P. 1, respectfully notify the Court as follows:

1. In light of the Court's guidance during the December 1, 2023, status conference, Plaintiffs wish to file a Second Amended Complaint, which they intend to do on or before December 21, 2023. Mindful that courts freely grant leave to amend when justice so requires, Defendants hereby provide written consent to Plaintiffs' filing of a Second Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2).

2. Plaintiffs believe that the filing of their Second Amended Complaint will moot their existing Motion for Preliminary Injunction (Dkt. 20), and they hereby withdraw that motion.

1

Defendants agree that this withdrawal is without prejudice to Plaintiffs filing a renewed motion for preliminary injunction after filing the Second Amended Complaint.

3. Plaintiffs intend to file a renewed motion for preliminary injunction based on their Second Amended Complaint. Informed by the guidance provided by the Court during the December 1, 2023, status conference, the parties have tentatively agreed to the following briefing schedule, which they intend to ask the Court to adopt through a separate joint motion:

- January 17, 2024 – Plaintiffs will file their renewed motion for preliminary injunction and support brief ("Renewed PI Motion").

- February 16, 2024 – Defendants will file their opposition to the Renewed PI Motion.

- March 18, 2024 – Plaintiffs will file their response to Defendants' opposition.

- April 18, 2024 – Defendants will file their reply to Plaintiffs' response.

- A hearing on the Renewed PI Motion to be set for a date and time convenient to the Court.

- Defendants' deadline to respond to Plaintiffs' Second Amended Complaint will be 21 days after the Court rules on the Renewed PI Motion.

Dated: December 15, 2023

Respectfully submitted,                                    Respectfully submitted,


/s/ Charlotte Y. Bergeron                                  BRIAN M. BOYNTON
Charlotte Y. Bergeron, Esq.                                Principal Deputy Assistant Attorney General
Louisiana Bar Number: 24293
1040 Audubon Street                                        ERIC B. BECKENHAUER
Lake Charles, LA 70605                                     Assistant Director, Federal Programs Branch
Tel: (225) 229-7135
cbergeronlaw@gmail.com                                     /s/ Jeremy S. B. Newman
                                                           JEREMY S.B. NEWMAN
/s/ Aaron Siri                                             (Mass Bar. No. 688968)
Aaron Siri, Esq.* [Trial Attorney]                         Trial Attorney
New York Bar Number: 4321790                               United States Department of Justice
Elizabeth A. Brehm, Esq.*                                  Civil Division, Federal Programs Branch
New York Bar Number: 4660353                               1100 L Street, N.W.
Kevin Mitchell, Esq.*                                      Washington, DC 20005

| | |
|---|---|
| Michigan Bar Number: P84639<br>Catherine Cline, Esq.*<br>Florida Bar Number: 125955<br>SIRI & GLIMSTAD LLP<br>745 Fifth Ave, Suite 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br>Fax: (646) 417-5967<br>aaron@sirillp.com<br>ebrehm@sirillp.com<br>kmitchell@sirillp.com<br>ccline@sirillp.com | Tel: (202) 532-3114<br>Fax: (202) 616-8470<br>Email: jeremy.s.newman@usdoj.gov<br><br>*Attorneys for Defendants* |

Walker D. Moller, Esq.*
Texas Bar Number: 24092851
SIRI & GLIMSTAD LLP
1005 Congress Avenue
Suite 925-C36
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com

*Attorneys for Plaintiffs*
* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023 I presented the foregoing Joint Notice Regarding Plaintiffs' Preliminary Injunction Motion and Second Amended Complaint to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties or counsels of record.

                                                         */s/ Aaron Siri*
                                                       Aaron Siri, Esq.