UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC.,<br><br>*Plaintiffs,*<br><br>-vs.-<br><br>UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3,<br><br>*Defendants.* | Case No. 3:23-cv-01425<br><br>Judge Elizabeth E. Foote<br><br>Magistrate Judge Kayla D. McClusky |

**SCHEDULING ORDER REGARDING PLAINTIFFS'**
**RENEWED PRELIMINARY INJUNCTION MOTION**

This matter comes before the Court on the parties' Joint Motion Requesting Scheduling Order and Hearing on Plaintiffs' Renewed Preliminary Injunction Motion (Dkt. 036) ("**Joint Motion**"). The Court has reviewed and hereby grants the parties' Joint Motion.

IT IS THEREFORE ORDERED THAT the parties' Joint Motion is GRANTED, and the Court hereby establishes the following deadlines and hearing date:

- Plaintiffs will file their Renewed PI Motion and supporting brief no later than **January 17, 2024**.

- Defendants will file their response to the Renewed PI Motion no later than **February 16, 2024**.

- Plaintiffs will file their reply to Defendants' response no later than **March 18, 2024**. Plaintiffs will also notify the Court whether they seek discovery and what evidence they would present at an evidentiary hearing. Defendants reserve the right to oppose

1

- any discovery sought by Plaintiffs and to argue that the Court should not hold an evidentiary hearing on Plaintiffs' Renewed PI Motion.

- Defendants will file their sur-reply to Plaintiffs' reply no later than **April 18, 2024**.

- A hearing on the Renewed PI Motion is set for _____, 2024 at _____.

- Defendants' deadline to respond to Plaintiffs' Second Amended Complaint will be 21 days after the Court rules on the Renewed PI Motion.

Dated this \_\_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE