# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ALICIA SMITH, ET AL. | CIVIL ACTION NO. 23-1425 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| US HEALTH RESOURCES & SERVICES ADMINISTRATION, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Before the Court is a joint motion requesting an amended scheduling order and a new hearing date regarding Plaintiffs' forthcoming Renewed Motion for Preliminary Injunction ("Renewed PI Motion"). [Record Document 36]. The Court previously set briefing deadlines for this matter, Record Document 33; however, the Plaintiffs have since withdrawn their original motion for preliminary injunction, Record Document 34. Because the Plaintiffs intend to file a Renewed PI Motion at a later date, the parties request an updated briefing schedule.

Based on the foregoing, **IT IS ORDERED** that the joint motion [Record Document 36] is **GRANTED**. The Plaintiffs must file their Renewed PI Motion and supporting brief by **January 17, 2024**. The Defendants must file their opposition by **February 16, 2024**. The Plaintiffs must file their response by **March 18, 2024**; this briefing should include whether Plaintiffs will need any discovery in this matter and what evidence, if any, will be presented at the hearing. The Defendants reserve the right to oppose any discovery sought by Plaintiffs and to argue that the Court should not hold an evidentiary hearing on Plaintiffs' Renewed PI Motion. The Defendants sur-reply is due by **April 18, 2024**.

**IT IS FURTHER ORDERED** that the preliminary injunction hearing scheduled for **9:00 a.m. on March 21, 2024**, is **RESET** for **9:00 a.m. on May 17, 2024**. The parties should inform the Court of any conflicts with this date by **December 29, 2023**. Lastly, the Defendants' deadline to respond to Plaintiffs' Second Amended Complaint will be 21 days after the Court rules on the Renewed PI Motion.

**THUS DONE AND SIGNED** this 27th day of December, 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE