**MINUTE ENTRY**
**February 20, 2024**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| ALICIA SMITH, ET AL. | CIVIL ACTION NO. 23-1425 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| US HEALTH RESOURCES & SERVICES ADMINISTRATION, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

As previously noted, Counsel for the Plaintiffs has represented in writing to the Court that Plaintiffs no longer intend to file a motion for preliminary injunction. *See* Record Document 39. Thus, the preliminary injunction hearing scheduled for 9:00 a.m. on May 17, 2024, is **CANCELLED**.

**IT IS SO ORDERED.**

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE