UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC.**, <br><br> *Plaintiffs,* <br><br> -vs.- <br><br> **UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3**, <br><br> *Defendants.* | Case No. 3:23-cv-01425-EEF-KDM <br><br> Judge Elizabeth E. Foote <br><br> Magistrate Kayla D. McClusky |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT**

Plaintiffs move the Court to grant leave to file their Third Amended Complaint. The proposed Third Amended Complaint is attached hereto. For the following reasons, good cause exists.

1. On December 21, 2023, Plaintiffs filed their Second Amended Complaint. (Dkt. 35.)

2. Plaintiffs submit this motion for leave to file their Third Amended Complaint under Local Rules 4.1 and 7.6.

3. On February 20, 2024, Defendants filed a motion to dismiss Plaintiffs' second amended complaint. (Dkt. 41.)

4. It is in the best interests of justice that the Second Amended Complaint be amended because, in order to cure any alleged deficiencies and in response to Defendants' motion to dismiss,

1

Plaintiffs have revised their claims and their requested relief, and have added additional allegations.

5. Plaintiffs presented Defendants' counsel a copy of the proposed Third Amended Complaint, in satisfaction of LR 7.6, along with a redline comparing the Third Amended Complaint to the Second Amended Complaint.

6. On February 27 and 28 and March 10, 11 and 12, 2024, counsel for Plaintiffs and counsel for Defendants met and conferred via email. On February 27, counsel for Plaintiffs requested Defendants' consent to file a Third Amended Complaint after having reviewed Defendants' motion to dismiss. On February 28, counsel for Defendants responded that they would not consent, and reserved all rights, until they had the opportunity to review the Third Amended Complaint. Counsel for Plaintiffs provided Defendants with a copy of the Third Amended Complaint (in clean and redline versions) on March 10. Counsel for Plaintiffs sent an additional email to confirm Defendants' position on March 11. Counsel for Defendants stated that Defendants were still reviewing in order to determine their position on the proposed amendment. Plaintiffs' counsel again inquired about Defendants' position on March 12. As of March 12, Defendants have represented that they will take a position upon reviewing this motion.

7. The Third Amended Complaint is attached hereto as Exhibit A. A redline version of the Third Amended Complaint from the Second Amended Complaint is attached hereto as Exhibit B.

Accordingly, there is good cause for the Court to issue an Order providing Plaintiffs with leave to file their Third Amended Complaint.

Dated: March 12, 2024                                                                      Respectfully submitted,

/s/ Charlotte Y. Bergeron                                                                 /s/ Aaron Siri
Charlotte Y. Bergeron, Esq.                                                              Aaron Siri, Esq.* [Trial Attorney]
Louisiana Bar Number: 24293                                                         New York Bar Number: 4321790
1040 Audubon Street                                                                          Elizabeth A. Brehm, Esq.*
Lake Charles, LA 70605                                                                     New York Bar Number: 4660353
Tel: (225) 229-7135                                                                              Kevin Mitchell, Esq.*
cbergeronlaw@gmail.com                                                                Michigan Bar Number: P84639
                                                                                                            Catherine Cline, Esq.*
                                                                                                            Florida Bar Number: 125955
                                                                                                            SIRI & GLIMSTAD LLP
                                                                                                            745 Fifth Ave, Suite 500
                                                                                                            New York, NY 10151
                                                                                                            Tel: (212) 532-1091
                                                                                                            Fax: (646) 417-5967
                                                                                                            aaron@sirillp.com
                                                                                                            ebrehm@sirillp.com
                                                                                                            kmitchell@sirillp.com
                                                                                                            ccline@sirillp.com

                                                                                                            Walker D. Moller, Esq.*
                                                                                                            Texas Bar Number: 24092851
                                                                                                            SIRI & GLIMSTAD LLP
                                                                                                            1005 Congress Avenue
                                                                                                            Suite 925-C36
                                                                                                            Austin, TX 78701
                                                                                                            Tel: (512) 265-5622
                                                                                                            Fax: (646) 417-5967
                                                                                                            wmoller@sirillp.com

                                                                                                            * Admitted pro hac vice

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 27 and 28 and March 10, 11 and 12, 2024, counsel for Plaintiffs and counsel for Defendants met and conferred and counsel for Defendants stated that Defendants will take a position upon reviewing this motion.

/s/ Aaron Siri
Aaron Siri, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2024, I presented the foregoing to the Clerk of Court for filing by uploading to the CM/ECF system which will send notification and service of such filing to all parties or counsels of record.

                                        */s/ Aaron Siri*
                                        Aaron Siri, Esq.