UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ALICIA SMITH, CAROLINA BOURQUE, EMMA BURKEY, CHRISTOPHER CODY FLINT, MICHELLE ZIMMERMAN, PhD, ERIN RHODES, JESSICA KROGMEIER, LORIN JEPPSEN, and REACT19, INC.**,<br><br>*Plaintiffs,*<br><br>-vs.-<br><br>**UNITED STATES OF AMERICA, UNITED STATES HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and JOHN DOES 1-3**,<br><br>*Defendants.* | Case No. 3:23-cv-01425-EEF-KDM<br><br>Judge Elizabeth E. Foote<br><br>Magistrate Judge Kayla D. McClusky |

**ORDER**

This matter comes before the Court upon the motion for leave to file Plaintiffs' third amended complaint. If Defendants wish to oppose this motion,

IT IS ORDERED THAT an opposition be filed no later than 14 days from the date of this Order.

Dated this 13th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1