UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ALICIA SMITH ET AL**                                         **CASE NO.   3:23-CV-01425**

**VERSUS**                                                                  **JUDGE ELIZABETH E. FOOTE**

**U S HEALTH RESOURCES & SERVICES**              **MAG. JUDGE KAYLA D. MCCLUSKY**
**ADMINISTRATION ET AL**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim filed on April 08, 2024 by   U S Dept of Health & Human Services, U S Health Resources & Services Administration was DEFICIENT for the following reason(s):

- ✓   This brief exceeds 25 pages. Please see LR7.8 for specific information regarding length of briefs.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.